**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| GLOBAL POWER EQUIPMENT GROUP, INC, <u>et al.</u>, | : | Case No. 06-11045 (BLS) |
| | : | |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |
| | : | Related Docket No. 2393 |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES PRESENTED ON APPEAL BY MAASVLAKTE ENERGIE BV FROM THE DECISION AND ORDER ENTERED ON FEBRUARY 14, 2008**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Maasvlakte Energie BV ("<u>Maasvlakte</u>") hereby designates the record and issues presented on appeal to the United States District Court for the District of Delaware from the Decision [Docket No. 2372] and Order [Docket No. 2374] (collectively, the Decision and Order shall be referred to hereinafter as the "<u>Order</u>") entered by United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on February 14, 2008 overruling the *Limited Objection of Maasvlakte Energie BV to the First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group Inc. and its Affiliated Debtors* (the "<u>Plan Objection</u>") [Docket No. 2191] in connection with the *First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group Inc. and its Affiliated Debtors* (the "Plan") [Docket No. 1911].

**I.    Statement Of Issues Presented On Appeal**

1.    Whether the Bankruptcy Court erred in its legal interpretation of the Completion Agreement entered into between Maasvlakte and Deltak, L.L.C. ("<u>Deltak</u>") in holding that the Completion Agreement limits the amount of Maasvlakte's claims against the two subject debtors (the "<u>Maasvlakte Claims</u>") rather than expressly limiting the value of distributions upon the Maasvlakte Claims in Euros as set forth in the Completion Agreement.

2.    Whether the Bankruptcy Court erred in holding that, notwithstanding the

express language of the Completion Agreement, section 502(b) of the Bankruptcy Code requires that the Euro-denominated distribution values agreed to by the parties, postpetition, must be recharacterized as meaning United States currency, converted as of the Petition Date.

**II.     Designation Of Items To Be Included In The Record On Appeal[1]**

| Bankruptcy Court Docket No. | Entry Date | Description |
|---|---|---|
| 12 | 9/29/06 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 for an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated by the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress |
| 64 | 10/2/06 | Order Granting in Part Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 for an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated by the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress |
| 85 | 10/5/06 | Corrected Order Granting in Part Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 for an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated by the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress |
| 195 | 10/26/06 | Amended Order Granting in Part Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 for an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam |

---

[1]     Each designated item shall also include any exhibits to such item.

2

|  |  | Generation Business Segment Operated by the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress |
|---|---|---|
| 599 | 12/29/06 | Order Approving Rejection of Maasvlakte Energie BV HRSG Contract |
| 1575 | 8/29/07 | Debtors' Objection to Proofs of Claim Nos. 1093 & 1094 Filed by Maasvlakte Energie B.V. |
| 1911 | 10/31/07 | First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group Inc. and its Affiliated Debtors |
| 2166 | 12/12/07 | Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and between the Debtors and Maasvlakte Energie BV |
| 2191 | 12/14/07 | Limited Objection of Maasvlakte Energie BV to the First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group Inc. and its Affiliated Debtors |
| 2213 | 12/19/07 | Debtors' Memorandum of Law in (A) Support of Confirmation of First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group Inc. and its Affiliated Debtors and (B) Response to Certain Objections Thereto |
| 2271 | 1/8/08 | Transcript of Hearing Before United States Bankruptcy Court for the District of Delaware Judge Brendan L. Shannon on December 20, 2007 |
| 2324 | 1/22/08 | Notice of Exhibits (including Completion Agreement dated 12-22-06, Proof of Claims 1093 and 1094) |
| TBD |  | Transcript of Hearing Before United States Bankruptcy Court for the District of Delaware Judge Brendan L. Shannon on January 23, 2008 |
| 2372 | 2/14/08 | Decision entered by United States Bankruptcy Court for the District of Delaware Judge Brendan L. Shannon on February 14, 2008 overruling the Limited Objection of Maasvlakte Energie BV to the |

3

| | | First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group Inc. and its Affiliated Debtors |
|---|---|---|
| 2374 | 2/14/08 | Order entered by United States Bankruptcy Court for the District of Delaware Judge Brendan L. Shannon on February 14, 2008 overruling the Limited Objection of Maasvlakte Energie BV to the First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group Inc. and its Affiliated Debtors |
| 2393 | 2/25/08 | Notice of Appeal |

Dated: Wilmington, Delaware
     March ___, 2008

Respectfully submitted,

**MAASVLAKTE ENERGIE BV**

By: /s/ Steven K. Kortanek
    Steven K. Kortanek (Del. Bar No. 3106)
    Womble Carlyle Sandridge & Rice, PLLC
    222 Delaware Avenue, Suite 1501
    Wilmington, DE  19801
    Tel:  302-252-4363
    Fax:  302-661-7728
    skortanek@wcsr.com

    - and -

    Todd D. Ross
    Womble Carlyle Sandridge & Rice, PLLC
    1401 Eye Street, NW
    Seventh Floor
    Washington, DC 20005
    Telephone: (202) 857-4496
    Fax: (202) 261-0090
    toross@wcsr.com

    *Counsel for Maasvlakte Energie BV*

WCSR  3850379v3