IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:<br>Global Power Equipment Group, Inc., et al., | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-11045 (BLS)<br>CA 1:08-cv-24 (JJF)<br>CA 1:08-cv-25 (JJF)<br>CA 1:08-CV-158 (JJF) |
| SNC-Lavalin Power Ontario, Inc.<br><br>Appellant<br><br>v.<br><br>Global Power Equipment Group, Inc., et al.,<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 06-11045 (BLS)<br><br>Cases Nos. 108-cv-00024 and<br>00025 (JJF) and<br>1:08-cv-158 (JJF) |

**NOTICE OF MEDIATION IMPASSE**
**CONCURRENCE OF ALL INTERESTED PARTIES**

On December 27, 2007 there was filed a NOTICE OF APPEAL FROM BANKRUPTCY COURT from the Order entered December 21, 2007, by Judge Shannon in Case No. 06-11045 (BLS) and on March 19, 2008, a Notice of Appeal from Bankruptcy Court was filed from the subsequent Order entered February 14, 2008, by Judge Shannon in Case No. 06-11045 (BLS).

The undersigned was appointed mediator by the District Court upon the appeal of these matters according to the standing Order, dated July 23, 2004, Governing Mediation of Appeals from the United States Bankruptcy Court for this District.

The parties have prepared submissions, appeared, were heard and attempted to negotiate a potential settlement of their differences before the undersigned Mediator, on March 27, 2008.

The parties requested until April 3, 2008 to continue settlement efforts. The Mediator remains available, however declares, and the parties concur, that the Mediation has reached impasse.

The Mediator believes it is inadvisable to continue to proceed with mediation hereby refers the matters back and defers to the U.S. District Court for appropriate scheduling and further action.

Respectfully,

MARON MARVEL BRADLEY
& ANDERSON, P.A.

/s/ J. Richard Tucker
J. Richard Tucker
1201 N. Market Street
Suite 900
Wilmington, DE 19801
(302) 425-0177
jrt@maronmarvel.com

Dated: April 7, 2008