IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

GLOBAL POWER EQUIPMENT : Chapter 11
GROUP, INC., et al., :
 :
      Debtors. : Bankruptcy Case No. 06-11045-BLS
_____ :
 :
MAASVLAKTE ENERGIE BV, :
 :
      Appellant, :
 :
   v. : Civil Action No. 08-158-JJF
 :
GLOBAL POWER EQUIPMENT :
GROUP INC., et al., :
 :
      Appellees. :

### O R D E R

    WHEREAS, the Mediator, with the consent of all interested parties, has indicated that mediation is inadvisable in this case (D.I. 6), and the Court agrees with the Mediator's recommendation to bypass mediation;

    NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

    Appellant's Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

    Appellee's Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of the Opening Brief.

Appellant's Reply Brief on appeal shall be filed within ten (10) **days** of receipt of the Answering Brief.

_August 25, 2008_      _____
Date                                   UNITED STATES DISTRICT JUDGE